

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>Plaintiff,<br><br>v.<br><br>BARNES AND NOBLES,<br><br>Defendant. | CASE NO. 3:17-cv-05834-RJB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE |

This matter comes before the Court on Plaintiff's Application for Leave to Proceed in Forma Pauperis ("IFP"). Dkt. 1. The Court has considered the application and the remainder of the record herein.

On October 13, 2017, Plaintiff, a *pro se* prisoner, filed this case, moved for IFP, and provided a proposed complaint asserting that Defendant "Barnes and Nobles" committed copyright infringement, breached a contract, and committed fraud when it sold Plaintiff's books. Dkts. 1 and 1-1. Plaintiff also makes reference to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962. *Id.* Plaintiff seeks several million dollars in damages. *Id.*

In addition to this case, Plaintiff filed similar actions against:

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING SERVICE- 1

(1) Trafford Publishing Company, *Casterlow-Bey v. Trafford Publishing Company*, Western District of Washington case number 17-5459 RJB;

(2) Google.com and Amazon.com, *Casterlow-Bey v. Google.com, et al.*, Western District of Washington case number 17-5686 RJB,

(3) Ebay.com, *Casterlow-Bey v. Ebay.com*, Western District of Washington case number 17-5687 RJB, and

(4) Amazon, Google, Barnes and Nobles, Ebay, and Trafford, *Casterlow-Bey v. Amazon.com, et al.*, Western District of Washington case number 17-5833 RJB.

**IFP APPLICATION.** The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

Plaintiff states that he is not employed, is totally disabled, and receives Social Security Disability Income of $738.00/month. Dkt. 1. He reports he has expenses of $625. *Id.* Plaintiff indicates that he has no assets or dependents. *Id.* He is incarcerated. *Id.* Plaintiff completed the application and has made a sufficient showing of indigence. His IFP application (Dkt. 1) should be granted.

**SERVICE OF THE COMPLAINT.** Under Fed. R. Civ. P. 4 (c)(3), where a party has been granted IFP status under § 1915, the court must order that service of the complaint be made "by a United States Marshal, deputy marshal or by a person specially appointed by the court." Plaintiff has submitted a summons form. Dkt. 1-3.

**(1) Service by Clerk**

The Clerk is directed to send the following to Defendant by U.S. mail at the address provided in the summons filled out by Plaintiff (Dkt. 1-3): copies of Plaintiff's Complaint, this Order, the notice of lawsuit, and request for waiver of service of summons, and a waiver of service of summons.

**(2) Response Required**

The Defendant shall have thirty (30) days within which to return the enclosed waiver of service of summons. A defendant who timely returns the signed waiver shall have sixty (60) days after the date designated on the notice of lawsuit to file and serve an answer to the Complaint or a motion permitted under Fed. R. Civ. P. 12.

A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4 (d)(2) of the Federal Rules of Civil Procedure. A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within thirty (30) days after service.

## ORDER

- Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. 1) **IS GRANTED**; and

- The Clerk is directed to send the following to Defendant by U.S. mail at the address provided in the summons filled out by Plaintiff (Dkt. 1-3): copies of Plaintiff's Complaint, this Order, the notice of lawsuit and request for waiver of service of summons, and a waiver of service of summons.

The Clerk is further directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 30th day of October, 2017.

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING SERVICE- 4